HERMAN SCHWARTZ et al., Respondents, *v.* LONDON AND LANCA-SHIRE INDEMNITY COMPANY OF AMERICA, OF NEW YORK, Appellant.

Argued March 10, 1942; decided April 23, 1942.

*Joseph B. Murphy* and *Phillip T. Young* for appellant.
*Robert E. Dineen* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.